39 So.2d 55

**Ulman CREQUE v. STATE.**

**8 Div. 646.**

Court of Appeals of Alabama.
Jan. 25, 1949.

. A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

39 So.2d 56

**Ulman CREQUE v. STATE.**

**8 Div. 647.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

39 So.2d 56

**W. W. CROWSON v. STATE.**

**8 Div. 681.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

39 So.2d 56

**Leonard CULLINS v. STATE.**

**7 Div. 959.**

Court of Appeals of Alabama.
Feb. 16, 1949.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed, motion of appellant.

39 So.2d 56

**Early CUMMINGS v. STATE.**

**8 Div. 724.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 198

**Alonzo, alias Lonzo, CURRY v. STATE**

**6 Div. 654.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.